IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS MEYER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:11-CV-00547-MJR-DGW |
| INDUSTRIAL SOAP COMPANY, | ) |
| Defendant, | ) |
| INDUSTRIAL SOAP COMPANY, | ) |
| Defendant/Third Party Plaintiff, | ) |
| vs. | ) |
| PROTESTANT MEMORIAL MEDICAL CENTER, INC., d/b/a BELLEVILLE MEMORIAL HOSPITAL, | ) |
| Third Party Defendant. | ) |

## ORDER

Before the Court is the parties' Joint Motion for Court Approval of Good Faith Settlement as to Third-Party Defendant Protestant Memorial Medical Center, Inc. (Doc. 47). All parties agree to the entry of a good faith finding of settlement.

**IT IS HEREBY ORDERED** that the Motion (Doc. 47) is **GRANTED**. This Court expressly **FINDS** that the settlement agreement with the Third-Party Defendant, Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital, having been accepted and entered into by all of the parties to this action, was negotiated at arms length and is made in "good faith," within the meaning of the Illinois Contribution Act and Illinois law, and that Memorial Hospital is hereby discharged from all liability for contribution or noncontractual indemnity to any other tortfeasor including, but not limited to, The Butcher Company, Industrial

1

Soap, Inc., their heirs, agents, assigns and insurers, and any other third-party which may hereinafter be joined in this action, for injuries and damages allegedly arising out of the occurrence alleged in the Complaint.

The Parties having advised the Court that all parties stipulate and agree to the dismissal of this action as against Memorial Hospital with prejudice, it is hereby ordered that the Third-Party Complaint and all causes of action against Memorial Hospital are hereby dismissed with prejudice, and that further all claims for contribution and noncontractual indemnity against Memorial Hospital are dismissed with prejudice, the parties to bear their respective costs.

The dismissal of Protestant Memorial Hospital renders its motion to dismiss (Doc. 39) **MOOT**.

**IT IS SO ORDERED.**

**DATED: May 11, 2012**

**s/** *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**